HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
MICHELLE NAM
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.harter@fd.org

Attorney for Defendant
ROBERT LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-MJ-00249-CKD-1 |
| Plaintiff, | STIPULTION AND ORDER TO VACATE BENCH TRIAL AND SET A CHANGE OF PLEA HEARING |
| vs. | |
| ROBERT LARA, | Date: November 4, 2013 |
| Defendant. | Time: 9:30 AM |
| | Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Michael Stanley, Special Assistant United States Attorney, and Linda Harter, Chief Assistant Federal Defender, attorney for ROBERT LARA, that the court vacate the November 4, 2013

///

///

///

///

///

Bench Trial and set a date for a Change of Plea hearing on November 7, 2013 at 9:30 a.m.

Dated: October 3, 2013

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ LINDA C. HARTER*
                              LINDA C. HARTER
                              Assistant Federal Defender
                              Attorney for Defendant
                              ROBERT LARA

                              */s/ MICHELLE NAM*
                              Michelle Nam
                              Certified Student Attorney

Dated: October 23, 2013

                              BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ Michael Stanley*
                              MICHAEL STANLEY
                              Special Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated: October 24, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE